THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| STERLING TRADING, LLC, | Case No.: SA CV 07-915 JVS(ANx) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE | |
| Respondent. | |

The Court has considered Petitioner's objections to the tendered form of Judgment, and has found them without merit.

For the reasons set forth in the order denying the petition to quash and granting the cross-petition to enforce the IRS summonses (docket 33 dated February 14, 2008), the petition to quash the summons issued to Jimmy B. Summitt is denied and the Government's request to enforce the summons under 26 U.S.C. § 7609(b)(2)(A) is granted.

Accordingly, Jimmy B. Summitt is ordered to produce the documents demanded by the summons no later than 15 days after the entry of this order and

-2-

1  ordered to make himself available to the provide the summoned testimony at a
2  date, time, and place to be set by the Internal Revenue Service.
3
4          IT IS SO ORDERED.
5
6  Dated: March 6, 2008                    _____
7                                          JAMES V. SELNA
8                                          UNITED STATES DISTRICT JUDGE